CYPRIAN C. DAVIS, Appellant, v PEEK A BOO CAB CORP. et al., Respondents.

Submitted July 9, 2007; decided September 11, 2007

Reported below, 38 AD3d 708.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RICHARD DUBI et al., Appellants, v JERICHO FIRE DISTRICT et al., Respondents.

Submitted June 18, 2007; decided September 11, 2007

Reported below, 22 AD3d 631.

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

HOUSEHOLD FINANCE REALTY CORPORATION OF NEW YORK, Respondent, v PETER GONZALEZ et al., Appellants, et al., Defendants.

Submitted August 20, 2007; decided September 11, 2007

Reported below, 39 AD3d 1138.

Motion for reconsideration of this Court's July 2, 2007 dismissal order denied [*see* 9 NY3d 859].

CHARLES MCALLISTER, Appellant, v STATE OF NEW YORK, Respondent.

Submitted August 20, 2007; decided September 11, 2007

Motion to vacate this Court's July 18, 2007 dismissal order denied [*see* 9 NY3d 862].